## STATE OF CONNECTICUT *v.* MARTYN D. BRUNO

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 172 (AC 32737), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Brian J. Woolf*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided January 5, 2012

## STATE OF CONNECTICUT *v.* DENNIS J. MOORE

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 905 (AC 32741), is denied.

*Laljeebhai R. Patel*, assigned counsel, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided January 5, 2012